THE DRAWDY INVESTMENT COMPANY, a corporation, and ORANGE BELT LAND EXCHANGE, INCORPORATED, a corporation, *Appellants,* v. MARK B. DODD, *Appellee.*

148 So. 250.
Opinion filed May 6, 1933.

104

*J. B. Murrow,* for Appellants;

*Wilson & Boyle,* for Appellee.

PER CURIAM.—This case is like that of the Drawdy Investment Company, a corporation v. McIntosh Investment Company, 146 Sou. (Fla.) 553, in which opinion and judgment was filed at this term of this Court and the decrees appealed from should be affirmed on authority thereof.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, ELLIS, TERRELL, BROWN and BUFORD, J. J., concur.